**00–1479.   State v. Kole.**

Lorain App. No. 98CA007116.

Cook, J., would allow only on Propositions of Law Nos. 1, 2, and 3.

F.E. Sweeney, J., dissents.